# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER: M-20-139-SM |
| | ) |
| JIMMY LEE BROOKS, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Jimmy Lee Brooks.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

April 16, 2020                                         s/ William P. Earley
                                                       WILLIAM P. EARLEY
                                                       FEDERAL PUBLIC DEFENDER
                                                       Oklahoma Bar Number: 11293
                                                       FEDERAL PUBLIC DEFENDER ORGANIZATION
                                                       WESTERN DISTRICT OF OKLAHOMA
                                                       215 Dean A. McGee  Suite 109
                                                       Oklahoma City, Oklahoma 73102
                                                       Telephone: 405-609-5930
                                                       Telefacsimile: 405-609-5932
                                                       Electronic Mail: William_Earley@fd.org
                                                       Counsel for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to Nicholas Coffey, Assistant United States Attorney.

                                  s/ William P. Earley
                                  WILLIAM P. EARLEY